IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,              )
                                       )
            Plaintiff,                 )
                                       )
      v.                               )      Civil Action No. 07-1334
                                       )      Judge Gary L. Lancaster
DT CONSTRUCTION, INC., and             )
MARION SOBERDASH, in her capacity      )
as Chief Executive Officer and Secretary )
of DT Construction, Inc., and individually, )
                                       )
            Defendants.                )

## ORDER

AND NOW, to wit, this ___11___ day of ___May___, 2009, upon consideration

of the Joint Stipulation for Administrative Closing of Case Pending Approval of Settlement, it is

hereby ORDERED that said Joint Stipulation is GRANTED and the above civil action is hereby

closed. The Clerk of Courts is ordered to close this case forthwith. This Order does not prejudice

or prevent any party to the above action from moving to re-open this case.

UNITED STATES DISTRICT JUDGE

cc: All counsel of record